NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOBCAR MEDIA, LLC,**
*Plaintiff-Appellant*

**v.**

**AARDVARK EVENT LOGISTICS, INC.,**
*Defendant-Appellee*

---

2020-1847

---

Appeal from the United States District Court for the Southern District of New York in No. 1:16-cv-00885-JPO, Judge J. Paul Oetken.

---

**JUDGMENT**

---

MORRIS E. COHEN, Goldberg Cohen LLP, New York, NY, argued for plaintiff-appellant.

PETER STEVEN WEISSMAN, Blank Rome LLP, Washington, DC, for defendant-appellee. Also represented by EVAN H. LECHTMAN, Philadelphia, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 5, 2021</u>      <u>/s/ Peter R. Marksteiner</u>
Date           Peter R. Marksteiner
            Clerk of Court